PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Devon Chowyuk                  Cr.: CR 12-00715-001
                                                                                   PACTS #: 50877

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden
                                         United States District Judge

Date of Original Sentence: 10/07/08

Original Offense: Conspiracy to Possess with the Intent to Distribute and to Distribute 5 Kilograms or More of Cocaine and 1,000 Kilograms or More of Marijuana

Original Sentence: Imprisonment - 63 months; Supervised Release - 5 years; Special Assessment - $100

Type of Supervision: Supervised Release                  Date Supervision Commenced: 10/11/11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states 'ALCOHOL/DRUG TESTING AND TREATMENT - You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.' |
| | During a visit to the offender's residence on April 1, 2014, a random urine sample was taken and tested via a ten-panel instant test, which yielded a positive result for marijuana use. The offender admitted to the use of this substance one week prior to being tested. |

U.S. Probation Officer Action:

The offender was verbally reprimanded for his non-compliant behavior and has been advised that the Court will be notified. The offender will be enrolled in Moral Recognition Therapy (MRT) program, which will offer the offender guidance in redirecting his life, goals, and recognizing avoidance of continued illegal activity. Based upon the offender's non-compliance, we recommend that this Report on Offender Under Supervision (Probation Form 12A) be served upon the offender as a written reprimand by the Court. The

PROB 12A - Page 2
Devon Chowyuk

Probation Office will continue to apprise the Court of any further non-compliant behavior.

Respectfully submitted,

*Andrea P. Shumsky/BK/nm*
By: Andrea Shumsky
U.S. Probation Officer
Date: 04/07/14

[X] Court Concurs with Officer's Recommendation - Document to Serve as Letter of Reprimand
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

4/10/14
_____
Date